IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LANITA FORD DAVIS**     **PLAINTIFF**

**V.**     **NO. 4:20-CV-87-DMB-JMV**

**UNITED CHURCH HOMES**
**MANAGEMENT, INC., and UNITED**
**CHURCH HOMES, INC.**     **DEFENDANTS**

### ORDER

On May 20, 2021, the defendants filed a motion for summary judgment, Doc. #27, a memorandum brief in support, Doc. #28, and a separate "Statement of Undisputed Facts in Support of Motion for Summary Judgment," Doc. #29. Neither the Local Rules of this Court nor the Federal Rules of Civil Procedure contemplate or authorize the filing of a separate itemization of facts. *Automation Design & Sols., Inc. v. Yeliseyev*, No. 3:08-cv-589, 2012 WL 12974010, at *4 (S.D. Miss. Feb. 29, 2012). Such filings provide an avenue for circumventing the page limits imposed by the Local Rules. *See Landrum v. Conseco Life Ins. Co.*, No. 1:12-cv-5, 2013 WL 6019303, at *15 (S.D. Miss. Nov. 13, 2013) (statement of facts in motion deemed attempt to circumvent page limits). Any statement of facts should be incorporated in the memorandum brief submitted in support of the summary judgment motion. Accordingly, the motion for summary judgment [27] is **DENIED without prejudice**. The defendants may refile the motion for summary judgment in accordance with the Court's procedural rules within three (3) days of the entry of this order.

**SO ORDERED**, this 25th day of May, 2021.

                                                  /s/Debra M. Brown
                                                  **UNITED STATES DISTRICT JUDGE**