IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LANITA FORD DAVIS**                                                               **PLAINTIFF**

**V.**                                                                 **NO. 4:20-CV-87-DMB-JMV**

**UNITED CHURCH HOMES
MANAGEMENT, INC. AND UNITED
CHURCH HOMES, INC**                                                   **DEFENDANTS**

## ORDER

Before this court is the Defendants' Motion for Relief to Allow Defendants' Representative to Attend the Settlement Conference by Telephone [44]. For good cause shown and being notified that the motion is unopposed, the court finds that the motion is well-taken and should be granted. The Defendants are permitted to have their representative attend the Settlement Conference by telephone.

**SO ORDERED** this, the 27th day of October, 2021.

                                                                                /s/Jane M. Virden
                                                                                **UNITED STATES MAGISTRATE JUDGE**